UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ANGELIA MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.  1:22 CV 124 ACL |
| vs. | ) |
| | ) |
| SOUTHEAST HOSPITAL d/b/a | ) |
| SOUTHEAST HEALTH, | ) |
| | ) |
| Defendant. | ) |

# ORDER

On April 26, 2023, the Court was notified (Doc. 24) that the parties achieved a settlement.  Today, Plaintiff Angelia Mitchell and Defendant Southeast Hospital d/b/a Southeast Health, by and through their respective counsel, filed a Stipulation of Dismissal with Prejudice (Doc. 28) wherein they jointly stipulate that Plaintiff's Complaint be dismissed, with prejudice.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the instant cause of action is **dismissed with prejudice**.

Dated this 6th day of June, 2023.

_Abbie Crites-Leoni_
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE